# EXHIBIT 2

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jerry Jeron Daniels,
                Petitioner

v.

Dauphin Cty. Dist. Atty.'s Office, et al.,
and Harrisburg Bureau of Police, et al.,
                Respondents

2023 CV 8174

No. 360 M.D. 2023

IFP

**PER CURIAM**        **O R D E R**

NOW, September 11, 2023, upon consideration of Jerry Jeron Daniels's (Petitioner) "Civil Action/Complaint-Wrongful Use of Criminal Process-Malicious Prosecution," Petitioner has failed to name the Commonwealth government or an officer thereof so as to vest this Court with original jurisdiction. 42 Pa.C.S. § 761; *Mickens v. Jeffes*, 453 A.2d 1092 (Pa. Cmwlth. 1983); *Opie v. Glascow, Inc.*, 375 A.2d 396, 398 (Pa. Cmwlth. 1977). Whereas jurisdiction lies in the court of common pleas, this matter is TRANSFERRED to the Court of Common Pleas of Dauphin County. 42 Pa.C.S. § 5103.

The Prothonotary shall transmit this matter to the Prothonotary of the Court of Common Pleas of Dauphin County.

Order Exit
09/11/2023

**Miscellaneous Docket Sheet**                                  **Commonwealth Court of Pennsylvania**

**Docket Number: 360 MD 2023**

**Page 1 of 3**

**October 2, 2023**

## CAPTION

Jerry Jeron Daniels,
Petitioner

v.

Dauphin Cty. Dist. Atty.'s Office, et al.,
and Harrisburg Bureau of Police, et al.,
Respondents

## CASE INFORMATION

| | |
|---|---|
| Initiating Document: | Petition for Review |
| Case Status: | Closed |
| Case Processing Status: | September 11, 2023    Completed |
| Journal Number: | |
| Case Category: | Miscellaneous       Case Type(s):    Inmate Petition for Review |

## CONSOLIDATED CASES                                    RELATED CASES

## COUNSEL INFORMATION

**Petitioner**    **Daniels, Jerry Jeron**
Pro Se:           Yes
IFP Status:
  Pro Se:         Jerry Jeron Daniels
  Address:        HA7507    SCI Frackville
                  1111 Altamont Blvd
                  Frackville, PA 17931

**Other**         **Dauphin County Court of Common Pleas**
Pro Se:           Yes
IFP Status:
  Pro Se:         Dauphin County Court of Common Pleas
  Address:        Dauphin County Courthouse
                  Front & Market Street
                  101 Market Street, 3rd Floor
                  Harrisburg, PA 17101

**Respondent**    **Harrisburg Bureau of Police Department**
Pro Se:           Yes
IFP Status:
  Pro Se:         Harrisburg Bureau of Police Department
  Address:        Martin Luther King, Jr. Government Center
                  10 North 2nd Street
                  Harrisburg, PA 17101

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                                         **Commonwealth Court of Pennsylvania**

**Docket Number: 360 MD 2023**

**Page 2 of 3**

**October 2, 2023**



### COUNSEL INFORMATION

| | |
|---|---|
| **Respondent** | **Dauphin County District Attorney's Office** |
| Pro Se: | Yes |
| IFP Status: | |
| Pro Se: | Dauphin County District Attorney's Office |
| Address: | 101 Market St |
| | Harrisburg, PA 17101 |

### AGENCY/TRIAL COURT INFORMATION

Order Appealed From:                              Notice of Appeal Filed:
Order Type:
Documents Received: August 8, 2023

Court Below:
County:                                            Division:
Judge:                                             OTN:
Docket Number: HA-7507                             Judicial District:

### ORIGINAL RECORD CONTENT

Original Record Item                  Filed Date              Content Description

Date of Remand of Record:

### BRIEFING SCHEDULE

None                                                  None

### DOCKET ENTRY

| Filed Date | Docket Entry / Filer | Representing | Participant Type | Exit Date |
|---|---|---|---|---|
| **August 4, 2023** | Petition for Review Filed<br>Daniels, Jerry Jeron | | Petitioner | |
| **August 4, 2023** | Application to Proceed In Forma Pauperis<br>Daniels, Jerry Jeron | | Petitioner | |
| **September 11, 2023** | Transfer<br>Per Curiam | | | 09/11/2023 |
| | Document Name: This matter is TRANSFERRED to the Court of Common Pleas of Dauphin County | | | |
| | Comment: Upon consideration of Jerry Jeron Daniels's (Petitioner) "Civil Action/Complaint-Wrongful Use of Criminal Process-Malicious Prosecution," Petitioner has failed to name the Commonwealth government or an officer thereof so as to vest this Court with original jurisdiction. 42 Pa.C.S. § 761; Mickens v. Jeffes, 453 A.2d 1092 (Pa. Cmwlth. 1983); Opie v. Glascow, Inc., 375 A.2d 396, 398 (Pa. Cmwlth. 1977). Whereas jurisdiction lies in the court of common pleas, this matter is TRANSFERRED to the Court of Common Pleas of Dauphin County. 42 Pa.C.S. § 5103. | | | |
| **October 2, 2023** | Transfer to Court of Common Pleas<br>Commonwealth Court Filing Office | | | |
| | Document Name: Dauphin County CCP | | | |

### DISPOSITION INFORMATION

Neither the Appellate Courts nor the Administrative Office of Pennsylvania Courts assumes any liability
for inaccurate or delayed data, errors or omissions on the docket sheets.

**Miscellaneous Docket Sheet**                         **Commonwealth Court of Pennsylvania**

**Docket Number: 360 MD 2023**

**Page 3 of 3**



**October 2, 2023**

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| Final Disposition: | Yes | | |
| Related Journal No: | | Judgment Date: | |
| Category: | Disposed Before Decision | Disposition Author: | Per Curiam |
| Disposition: | Transfer | Disposition Date: | September 11, 2023 |

Disposition Comment: Upon consideration of Jerry Jeron Daniels's (Petitioner) "Civil Action/Complaint-Wrongful Use of Criminal Process-Malicious Prosecution," Petitioner has failed to name the Commonwealth government or an officer thereof so as to vest this Court with original jurisdiction. 42 Pa.C.S. § 761; Mickens v. Jeffes, 453 A.2d 1092 (Pa. Cmwlth. 1983); Opie v. Glascow, Inc., 375 A.2d 396, 398 (Pa. Cmwlth. 1977). Whereas jurisdiction lies in the court of common pleas, this matter is TRANSFERRED to the Court of Common Pleas of Dauphin County. 42 Pa.C.S. § 5103.

Dispositional Filing:                         Filing Author:
Filed Date:

Filed 08/04/2023
Commonwealth Court

Received 08/08/2023
Commonwealth Court

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

JERRY JERON DANIELS,
Plaintiff

v.

: CIVIL
: DOCKET No._____
: WITH JURY DEMAND

DAUPHIN CTY. DIST. ATTY'S OFFICE, et. al. :
HARRISBURG BUREAU OF POLICE, et. al.
Respondent(s)

**Civil Action/Complaint-Wrongful Use of Criminal Process- Malicious Prosecution**

1. Plaintiff Mr. Jerry Jeron Daniels is an adult individual residing at 1111 Altamont Blvd. Frackville, Pa. 17931 (SCI-Frackville).

2. Defendant DAUPHIN CTY. DIST. ATTY'S OFFICE Corporation is a corporation organized and existing under the laws of Pennsylvania and registered to do business in Pennsylvania, with its principal place of business located at 101 Market Street, Harrisburg, Pa. 17101. Defendant Harrisburg Bureau of Police Department, Corporation organized and existing under the laws of Pennsylvania and registered to do business in Pennsylvania, with its principal place of business located at Martin Luther King Jr., City Government Center, 10 North 2nd street, Harrisburg, Pa. 17101.

3. Plaintiff was employed from june 2019 though August 27, 2021.

4. On August 27, 2021, defendants, acting through its duly authorized officers, agents or employees, procured and caused the arrest of plaintiff in Harrisburg, Pennsylvania, upon **No Warrant** charging him with any crime in Dauphin County, Pennsylvania, as a result of which plaintiff was taken into custody and detained in jail.

5. Plaintiff was subsequently indicted upon the charge made by defendant, to which plaintiff pleaded "guilty on June 2, 2022."

6. Plaintiff was brought to trial on June 2, 2022, before the Honorable Scott A. Evans and plead guilty to amended charges that was **Never** filed on the day of Plaintiff Illegal detention, illegal arrest without Probable cause and without an Arrest Warrant ever being issued on August 27, 2021.

7. Plaintiff is and always has been a good, true hardworking citizen earning the respect of his neighbors and friends. Plaintiff has not at any time been guilty of the crime of Disorderly Conduct.

8. The arrest, Detention and trial of plaintiff was unlawful and without just or reasonable cause of any kind, and the acts of defendant in charging Plaintiff with Disorderly Conduct were wilful and malicious. Plaintiff will show that Dauphin Cty. Dist. Atty's Office not only committed Perjury that they conspired to deprive Plaintiff of his Federal Constitutional Rights once it was brought to light that Plaintiff **Never** had a Preliminary Hearing, and **Never** Official Arraigned by a Judge. The secured docket will show that Dauphin Cty. Dist. Atty's Office Prosecution withdrew on June 1, 2022. They the next day June 2, 2022 Dauphin Cty. Dist. Atty's Office Sarah M. Phillips was there in court for Plaintiff illegal Plea court after she had withdrew on June 1, 2022. This is the same District Attorney that illegally arraigned me without a Judge being present.

9. As a result of the above, plaintiff has been brought into direct ill repute among his friends, neighbors, and business associates; has been subject to great humiliation; has undergone great suffering of mind and body; and has been otherwise greatly injured and damaged.

10. As a result of the above, plaintiff has been put to great expense in the employment of counsel and has been prevented from attending to his usual and necessary duties and has thereby suffered great and irreparable financial loss in his business and occupation.

11. Plaintiff's injuries and damages were caused solely by the unlawful and malicious acts of the defendants.

12. By reason of the malicious, waton, and wilful conduct of defendants, plaintiff demands punitive damages.

**WHEREFORE**, plaintiff demands damages in a sum in excess of $500,000 exclusiv of interest and cost. As well as what the Court may deem appropriate in punitive damages.

Date: August 1, 2023

**/S/JERRY JERON DANIELS**
Jerry Jeron Daniels HA7507
SCI-Frackville
1111 Altamont Blvd.
Frackville, Pa. 17931

SCI Frackville
1111 Altamont Blvd.
Frackville, Pa. 17931

*Legal Mail*

INMATE MAIL
PA DEPT OF CORRECTIONS

US POSTAGE
quadient
FIRST-CLASS MAIL
$000.87
08/04/2023 ZIP 17932
043M31230995

Commonwealth Court of PA,
Office of the Prothonotary
601 Commonwealth Ave., Ste. 2100
P.O. Box 69185
HBG, 17106-9185

OPENED AT CMPC

17106891855 8055

Filed 08/04/2023
Commonwealth Court

Received 08/08/2023
Commonwealth Court

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

JERRY JEROD Daniels,
Petitioner

v.

Harrisburg bureau of Police, et al
Dauphin City District Attorney's, et al
~~[redacted]~~
Respondents

Civil

Docket No. _____
WITH Jury Remand

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

[This application is appropriate when a party lacks sufficient funds to pay costs associated with an action in a court. The application seeks permission to be excused from the obligation to pay certain fees and costs.]

Now, Aug. 1, 2023
    (Date)

I, Jerry Jerom Daniels,
    (Name of Applicant)

request that I be permitted to proceed in forma pauperis (IFP) based on facts submitted in my attached IFP Verified Statement. I will suffer grave injustice if not permitted to proceed with this matter in forma pauperis in that I have a valid basis to proceed but would not be able to without this assistance.

Wherefore, I request that I be granted permission to proceed without payment of fees and costs, to include but not limited to, filing fees, costs of reproducing the original record and copies thereof, and any and all other costs necessary to proceed with this matter.

---

## IFP VERIFIED STATEMENT

I, Jerry Jerom Daniels, state under the penalties provided by 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities that:

1. I am the Petitioner
    (Petitioner or Appellant/Respondent or Appellee)
in the above action and because of my financial condition am unable to pay the following fees and costs:

✓ a. Filing fees.
✓ b. Any and all costs of reproducing the record.
✓ c. Any and all costs of proceeding with this matter.

2. My responses to the questions below relating to my ability to pay the fees and costs of prosecuting this matter are true and correct.

a. Are you presently employed? *If the answer is yes*, state the name and address of your employer(s), the type of work you do, and the amount of your salary or wages per month. *If the answer is no*, state the date of your last employment, the type of work you did, and the amount of the salary or wages per month that you received.

N/A

b. Have you received within the past twelve months any income from a business or profession, self-employment, rent payments, interest, dividends, pensions, annuities, social security benefits, support payments, disability payments, unemployment compensation, workers' compensation, or any other source? *If the answer is yes*, describe each source of income, and state the amount received from each during the past twelve months.

Yes, Fiancee when she have a few extra Dollars, Since the Birth of our child I Don't ask for any money,

2

c. Do you own any cash, checking or savings accounts, or certificates of deposit? *If the answer is yes, describe and state the total amount of the items owned.*

N/A

d. Do you own any real estate, automobiles, stocks, bonds, notes, or other valuable property (excluding ordinary household furnishings and clothing)? *If the answer is yes, describe the property and state its approximate value and the amount of any encumbrances (loans or liens on the property).*

N/A

e. List the persons (with age), if any, who are dependent upon you for support, and state your relationship to those persons.

Tekiya AnduBon(37) Fiance JSD(11)son
D6H (14) Step-son   TLH (17) Step-Daughter

f. List all your debts and obligations (including but not limited to monthly mortgage or rent payments, loans, extraordinary medical expenses, and court ordered support obligations), the total amount owed, and the amount of each monthly payment.

N/A

g. *If you are incarcerated,* state the balance of your bank and/or prison accounts and attach a statement showing the balance of your inmate account.

-144.64 dollars

3. I understand that I have a continuing obligation to inform the court of any improvement in my financial circumstances that would permit me to pay the costs incurred herein.

4. I understand that a false statement or answer to any question in this verified statement will subject me to the penalties provided by law (misdemeanor of the second degree).

_Jerry Jeronillanuelo_
Signature of Applicant

8·1·2023
Date

3

## PROOF OF SERVICE

I hereby certify that I have caused to be served a true and correct copy of the Application for Leave to Proceed in Forma Pauperis and IFP Verified Statement in the above-captioned case on the date set forth below by mailing, postage prepaid in the manner indicated below, to the parties listed below, which satisfies the requirements of Pa.R.A.P. 121(b) and 1514(c):

Manner of Service: U.S.P.S. Form 3817 "Certificate of Mailing"

Dauphin Cty DAS Office etal
101 Market St.
HBG, Pa 17101
(Agency name and address (if appropriate))

Michelle A. Henry, ESQ
Strawberry Square
HBG, Pa. 17101-1825
(Opposing Attorney or Party name and address)

123 Whitehall Ste 217
HBG, Pa 17101
(Other Attorney or Party name and address (if any))

_____
(Other Attorney or Party name and address (if any))

/s/ Jerry from Daniels
Signature

8-1-2023
Date

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: Jerry Jacob Daniels
Signature: /s/ Jerry from Daniels
Name: N/A
Attorney No. (if applicable): N/A

[Case Records Public Access Policy of the Unified Judicial System of Pennsylvania — Any time you file papers with the Court, the papers must be accompanied by a certification of compliance with the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania (Public Access Policy). Pa.R.A.P. 127. The Public Access Policy and related forms and information are available online at http://www.pacourts.us/public-records/public-records-policies. It is very important that you review and follow the Public Access Policy because it requires you to protect sensitive personal information in Court filings.]

Rev. 7/2019

SCI FRACKVILLE
1111 Altamont Blvd,
FRACKville, PA, 17931

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.87
08/04/2023 ZIP 17932
043M31230995

Commwlth Court of PA.
Office of the Prothonotary
601 Commonwlth Ave., Ste. 2100
P.O. Box 69185
HBG, 17106-9185

*Legal Mail*

OPENED AT CMPC

17063918E BC99